Clark & Associates
1212 W. Camelback Suite 104
Phoenix, Arizona 85013
Telephone: (602) 266-9596
Facsimile: (602) 266-6774
Email: ecf@awcesq.com
Anthony W Clark, #018279
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** Dantzler, Deonn <br><br> **SS #** XXX-XX-7246 <br><br> AND <br><br> Dantzler, Holly <br><br> **SS #** XXX-XX-3937 <br><br> **Debtor(s)** | **No.** 08-08779-ECF-JMM <br><br> CH 13 <br><br> **OBJECTION TO NOTICE OF DEFAULT** |

Debtor(s), by and through Counsel undersigned, hereby object to the Notice of Default lodged in the above-captioned Chapter 13 case and would, in support of such objection, show the Court as follows:

Debtor has provided counsel proof of payments for which Debtors believe they have not been given credit. Debtor would submit same to opposing counsel and attempt to negotiate withdrawal of the Notice of Default.

WHEREFORE, Debtor(s) request that the Court withhold entry of the Order for Relief pending resolution of this Objection.

DATED this ___10/28/09_____.

/s/ Anthony W. Clark
Clark & Associates

Copy of the foregoing mailed this ___10/28/09_____ to
**Kerns, Dianne C.**
Trustee
**PMB #413 7320 N LaCholla #154**
**Tucson, AZ 85741-2305**

Tiffany & Bosco
2525 E. Camelback Rd
Suite 300
Phoenix, AZ 85016

_____